United States District Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WALDO BALMORE DIAZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-25-367 |
| § | |
| FRANK BISIGNANO,[1] § | |
| *Commissioner of the Social Security* § | |
| *Administration,* § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This court has reviewed the Memorandum and Recommendation of United States Magistrate Judge Richard W. Bennett on the Commissioner's Unopposed Motion to Remand, (Docket Entry No. 12), and made a de novo determination. *See* FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam). Judge Bennett recommended granting the Commissioner's unopposed motion and remanding the case to the Commissioner for further administrative proceedings.

Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This matter is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. An order of remand to the Commissioner is separately entered.

SIGNED on July 21, 2025, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge

---

[1] Frank Bisignano became the Acting Commissioner of Social Security in May 2025. Bisignano is "automatically substituted" as the defendant in this suit. FED. R. CIV. P. 25(d); *see also* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").